THIS
 OPINION HAS NO PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS
 PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 
 Janis and
 Jeromy Birket, Respondents,
 
 
 
 
 

v.

 
 
 
 
 Walter L. Blackwell,
 III and Maureen Blackwell, Appellants.
 
 
 
 
 

Appeal From Richland County
 John M. Milling, Circuit Court Judge

Unpublished Opinion No.  2010-UP-343
 Submitted June 1, 2010  Filed June 30,
2010

APPEAL DISMISSED

 
 
 
 Maureen Blackwell and Walter L. Blackwell,
 III, both pro se, of Columbia, for Appellants.
 Joseph M. McCulloch, Jr., of Columbia, for
 Respondents.
 
 
 

PER CURIAM: On May 6, 2008, Janis
 and Jeromy Birket filed a
 motion for a temporary restraining order and injunction based on Walter L. Blackwell, III and Maureen
 Blackwell's (collectively the Blackwells) harassment. On May 28, 2008, a permanent restraining order
 hearing was held, and the magistrate's court issued a restraining order
 effective until May 28, 2009.  Thereafter, the circuit court affirmed the
 magistrate's court grant of a restraining order.  The Blackwells now appeal to
 this court.  The restraining order
 expired by its own terms on a May
 28, 2009, thus we find a ruling on the issues pending before this court will
 have no practical effect on the parties to this appeal.  Accordingly, we
 dismiss[1] the appeal as moot.  See Curtis v. State,
 345 S.C. 557, 567, 549 S.E.2d 591, 596 (2001) ("An appellate court will
 not pass on moot and academic questions or make an adjudication where there
 remains no actual controversy."); see also Seabrook v. City of
 Folly Beach, 337 S.C. 304, 306, 523 S.E.2d 462, 463 (1999) ("A
 case becomes moot when judgment, if rendered, will have no practical effect
 upon existing controversy."). 
APPEAL DISMISSED.
KONDUROS, GEATHERS, and
 LOCKEMY, JJ., concur.  

[1] We decide this case without oral argument pursuant to
 Rule 215, SCACR.